UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NEMO STUDIOS, GMBH,**
**PETERSONGS MUSIKVERLAG KG**
**and FRANK PETERSON,**

        **Plaintiffs,**

v.                        Case No: 6:12-cv-1469-Orl-22TBS

**BUSCH GARDENS WILLIAMSBURG,**
**SEAWORLD PARKS &**
**ENTERTAINMENT, LLC, SEAWORLD**
**PARKS & ENTERTAINMENT, INC.**
**and DOES 1-10,**

        **Defendants.**

**ORDER**

This cause comes before the Court on the Defendants' Motion to Transfer Venue to the United States District Court for the Eastern District of Virginia (Doc. No. 22), and on the Stipulation to Transfer Venue (Doc. No. 27).

Based on the foregoing, it is ordered as follows:

1. This case is hereby TRANSFERRED to the United States District Court for the Eastern District of Virginia, Newport News Division.

2. The Clerk is directed to terminate the Motion to Transfer Venue to the United States District Court for the Eastern District of Virginia (Doc. No. 22) as moot.

3. The Order to Show Cause (Doc. No. 23) is discharged.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 16, 2013.

ANNE C. CONWAY
United States District Judge

- 2 -

Copies furnished to:

Counsel of Record
Clerk, U.S. District Court, Eastern District of Virginia, Newport News Division