IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

NEMO STUDIOS, GmbH, a German
corporation, and Petersongs Muskiverlag KG,
a German corporation, and Frank Peterson,

Plaintiffs,

v.

BUSCH GARDENS WILLIAMSBURG
(formerly known as Busch Gardens Europe),
a Division of SEAWORLD PARKS &
ENTERTAINMENT, LLC, a Delaware
corporation); SEAWORLD PARKS &
ENTERTAINMENT, INC., a Delaware
corporation; and DOES 1-10,

Defendants.

Civil Action No.: 4:13-CV-00046

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by counsel, and state unto the Court that all matters in controversy herein have been disposed of. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs, by counsel, with the agreement of the Defendants, by counsel, stipulate to the dismissal of this action, said dismissal being with prejudice, and each party to bear its own costs.

WHEREFORE, IT IS ORDERED that this case be and hereby is dismissed with prejudice.

Entered this 4th day of October, 2013.

/s/ _____
Mark S. Davis
United States District Judge
Judge

J-1190711.1

WE AGREE TO THIS STIPULATION:

_____
Clay M. Townsend
Florida Bar No. 363375
The Business Trial Group of
MORGAN & MORGAN, P.A.
20 North Orange Ave., Ste. 1500
Orlando, FL 32801
Telephone: (407) 420-1414
Fax: (407) 418-2048
CTownsend@BusinessTrialGroup.com
*Counsel for Plaintiff*

WE AGREE TO THIS STIPULATION:

_____
Mark J. Krudys, Esq.
VSB No. 30718
Michael G. Phelan, Esq.
VSB No. 29725
Phelan Krudys Petty, PLC
6641 W. Broad St., Ste. 102
Richmond, VA 23230
Telephone: (804) 980-7100
Fax: (804) 767-4601
mkrudys@pkpfirm.com
mphelan@pkpfirm.com
*Counsel for Plaintiff*

WE AGREE TO THIS STIPULATION:

_____
David C. Bowen, Esq. (VSB #26771)
Ashley W. Winsky, Esq. (VSB #79224)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 220
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
dbowen@wilsav.com
awinsky@wilsav.com
*Bush Gardens Williamsburg, SeaWorld Parks & Entertainment LLC & SeaWorld Parks & Entertainment, Inc.*